# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MONTANA

## REQUEST FOR EARLY TERMINATION OF SUPERVISION

| | |
|---|---|
| **NAME OF OFFENDER:** | Melissa A. Wallace |
| **CASE NUMBER:** | CR 14-13-M-DLC |
| **NAME OF SENTENCING JUDICIAL OFFICER:** | Chief United States District Judge Dana L. Christensen |
| **DATE OF ORIGINAL SENTENCE:** | 09/26/2014 |
| **ORIGINAL OFFENSE:** | Theft of Government Money (Misd) |
| **ORIGINAL SENTENCE:** | 5 years' probation |
| **TYPE OF SUPERVISION:** | Probation |
| **DATE SUPERVISION COMMENCED:** | 09/26/2014 |
| **ASSISTANT U. S. ATTORNEY:** | Zeno Baucus<br>U.S. Attorney's Office<br>2601 2nd Avenue North, Suite 3200<br>Billings, Montana 59101-1478<br>(406) 247-4631 |
| **DEFENSE COUNSEL:** | John Rhodes<br>125 Bank Street, Suite 710<br>Missoula, MT 59802-4424<br>(406) 721-6749 |

## ADJUSTMENT OF SUPERVISION SUMMARY
## REQUEST FOR EARLY TERMINATION OF SUPERVISION

The defendant Melissa A. Wallace was sentenced on 09/26/2014, to 5 years' probation having pled guilty to Theft of Government Money (Misdemeanor).

The special assessment in the amount of $25.00 was paid off on 09/26/2014 and restitution in the amount of $14,866.25 was paid off on 05/18/2017. There have been no formal violation reports to the Court.

Miss Wallace's term of probation is due to expire on 09/25/2019. At this time, I am requesting the Court consider granting early termination of probation as he has met the criteria set out in 18 U.S.C.§ 3564(c) and the *Monograph 109, Supervision of Federal Offenders* for early termination. U.S. Probation resources would be better served elsewhere and such a privilege, if granted by the Court, would be an appropriate recognition of Ms. Wallace' efforts on supervision.

Report on Offender Under Supervision
Request for Early Termination
Name of Offender:
Page 2

The United States Attorney's Office and defense counsel were consulted and have no objections to the defendant's early termination from supervision. Therefore, the U.S. Probation Office respectfully requests the defendant be discharged from supervision. Thank you for your consideration in this matter.

Approved by:

*Brian R Farren* 11/29/18
Brian Farren    Date
Supervising U.S. Probation Officer
Date: November 29, 2018

Respectfully submitted,

by *Teri M. Woog*
Name: Teri M. Woog
U.S. Probation Officer
Date: November 29, 2018

## Order of Court

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and the proceedings in the case be terminated.

Dated this **29th** day of **November**, 2018.

*Dana L. Christensen*
Dana L. Christensen
Chief United States District Judge

Comments:
_____
_____
_____
_____